# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00020-CV

**Agbolade Odutayo, Appellant**

**v.**

**Richards Memorial Hospital, et al., Appellees**

### FROM THE DISTRICT COURT OF MILAM COUNTY, 20TH JUDICIAL DISTRICT
### NO. CV32,075, HONORABLE JAN P. PATTERSON, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant's brief was due on May 1, 2013.  Appellant's attempts to electronically file motions for extension of time were rejected on May 20 and June 17, and appellant has not made any further attempts.  Appellant is hereby ordered to file a brief, along with a motion for extension of time that fully conforms with the rules of appellate procedure and our local rules governing electronic filling no later than August 26, 2013.  No further extensions will be granted, and a failure to comply with this order will result in the dismissal of the appeal.

It is ordered August 8, 2013.

Before Justices Puryear, Rose and Goodwin